## Criminal Complaint Affidavit for Jose Leobardo Soriano-Neva

Your Affiant, Special Agent James F. Bugg, Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1.      I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code § 1326.

2.      I am a Special Agent (SA) with the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been so employed since May of 2019 and I am presently assigned to the Office of the Resident Special Agent in Charge, Ft. Mitchell, Kentucky. My duties include the investigation of various violations of federal criminal laws. I have attended the Federal Law Enforcement Training Center (FLETC) where training was conducted pertaining to these types of investigations.

3.      This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4.      Your affiant has not included each and every fact that has been revealed through the course of this investigation. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

## Results of Investigation

5. On August 21, 2025, SA Bugg took a duty call from the Lincoln County, KY Sheriff's Office (LCSO), regarding a potential immigration enforcement target. LCSO Deputy Sheriff encountered Jose Leobardo SORIANO-Neva after he appeared in court at Lincoln County, Kentucky, for a protective order summons. SA Bugg determined that SORIANO had been previously deported, and a referral was sent to HSI Lexington Duty Agent. On September 2, 2025, SA Bugg had the LCSO Deputy Sheriff positively identify SORIANO from a series of photographs obtained from Immigration and Customs Enforcement.

6. SA Bugg positively identified the man in court through records checks as previously removed Mexican citizen Jose Leobardo SORIANO-Neva, the subject of Alien Registration Number A201 358 596 and FBI/Universal Control Number CWJA3M5K6.

7. SORIANO's criminal history includes convictions for Damage to Public Property and Traffic violations.

8. Further review of documents obtained from SORIANO's Alien File revealed information regarding SORIANO's immigration history. SORIANO was ordered removed to Mexico by a Designated Official on December 5, 2023. SORIANO was removed to Mexico on December 5, 2023, and December 25, 2023.

9. There is no evidence of an application for admission into the United States for SORIANO following his last removal.

10. Based on the above information, I believe there is probable cause supporting the conclusion that SORIANO is an alien who has been found in the United States in Lincoln County, in the

Eastern District of Kentucky, after having been previously removed or deported from the United States in violation of Title 8 of the United States Code, § 1326(a).

/s/ James F. Bug
James F. Bugg, Special Agent
Homeland Security Investigations
Ft. Mitchell, Kentucky

Transmitted via email and attested to by email in accordance with the requirements of Fed. R. Crim. P. 4.1 on this __3rd__ day of __Sept.__, 20 __25__.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE